# EXHIBIT T

## Median Total ED Census Heat Map for Site - NYP-AH

| Hour of Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 36 | 38 | 49 | 48 | 44 | 42.5 | 43 | 43 |
| 1 | 33 | 36 | 45 | 42.5 | 40.5 | 36.5 | 40.5 | 39 |
| 2 | 34 | 35 | 41 | 39 | 38 | 34 | 39 | 37 |
| 3 | 31 | 31 | 39 | 37 | 34.5 | 33.5 | 35 | 35 |
| 4 | 29 | 30.5 | 37 | 35 | 32.5 | 32 | 32 | 33 |
| 5 | 27 | 28.5 | 34 | 34 | 31.5 | 31 | 30.5 | 31 |
| 6 | 25 | 28 | 33 | 29.5 | 30 | 29.5 | 27.5 | 29 |
| 7 | 24 | 27 | 32 | 27.5 | 27.5 | 28 | 25.5 | 27 |
| 8 | 26 | 31 | 34 | 31 | 30.5 | 30 | 26 | 29 |
| 9 | 28 | 36 | 39 | 36 | 35 | 33 | 27.5 | 34 |
| 10 | 32 | 42.5 | 45 | 42 | 42 | 36 | 32 | 39 |
| 11 | 36 | 50 | 51 | 46.5 | 49 | 42 | 37 | 44 |
| 12 | 38 | 56.5 | 55 | 51 | 53 | 47 | 40.5 | 48 |
| 13 | 42 | 61 | 58 | 54 | 56 | 51.5 | 42 | 52 |
| 14 | 44 | 63.5 | 59.5 | 58 | 55.5 | 51.5 | 45 | 53 |
| 15 | 45 | 67 | 60.5 | 60.5 | 58 | 54 | 46 | 55 |
| 16 | 45 | 68 | 61.5 | 61 | 60.5 | 54 | 46.5 | 56 |
| 17 | 44 | 67.5 | 63 | 60 | 61 | 55.5 | 47 | 56 |
| 18 | 44 | 65.5 | 64 | 60 | 59 | 56 | 46 | 55 |
| 19 | 44 | 65 | 63 | 61.5 | 56.5 | 52.5 | 44.5 | 54 |
| 20 | 45 | 63 | 59 | 62 | 56.5 | 51 | 43 | 53 |
| 21 | 41 | 60.5 | 58 | 56.5 | 52 | 49.5 | 42.5 | 50 |
| 22 | 42 | 58.5 | 54.5 | 53 | 48 | 47 | 41 | 48 |
| 23 | 39 | 52 | 51 | 48 | 46 | 45.5 | 38 | 46 |
| Total | 37 | 47 | 51 | 47.5 | 48 | 44 | 39 | 44 |