# EXHIBIT DD

## Day Shift

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 1/1/2023 | ED | Day | | | | |
| 1/2/2023 | ED | Day | | | | |
| 1/3/2023 | ED | Day | 7 | 1 | 1 | |
| 1/4/2023 | ED | Day | 12 | 0 | 0 | |
| 1/5/2023 | ED | Day | 12 | 0 | 0 | |
| 1/6/2023 | ED | Day | 8 | 0 | 0 | |
| 1/7/2023 | ED | Day | 13 | 0 | 0 | |
| 1/8/2023 | ED | Day | 11 | 0 | 0 | |
| 1/9/2023 | ED | Day | 9 | 0 | 0 | |
| 1/10/2023 | ED | Day | 9 | 0 | 0 | |
| 1/11/2023 | ED | Day | 12 | 0 | 0 | |
| 1/12/2023 | ED | Day | 8 | 0 | 0 | |
| 1/13/2023 | ED | Day | | | | |
| 1/14/2023 | ED | Day | | | | |
| 1/15/2023 | ED | Day | 12 | 0 | 0 | |
| 1/16/2023 | ED | Day | 10 | 0 | 0 | |
| 1/17/2023 | ED | Day | 9 | 0 | 0 | |
| 1/18/2023 | ED | Day | | | | |
| 1/19/2023 | ED | Day | | | | |
| 1/20/2023 | ED | Day | 11 | 0 | 0 | |
| 1/21/2023 | ED | Day | 9 | 0 | 0 | |
| 1/22/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Cabueras, Hernandez, Lahens, Levy, Silebi, Sinchi, Lynch, Baxter = 9 |
| 1/23/2023 | ED | Day | 10 | 0 | 0 | |
| 1/24/2023 | ED | Day | | | | |
| 1/25/2023 | ED | Day | | | | |
| 1/26/2023 | ED | Day | | | | |
| 1/27/2023 | ED | Day | 11 | 0 | 0 | |
| 1/28/2023 | ED | Day | | | | |
| 1/29/2023 | ED | Day | 6 | 2 | 1 | West (agency/edin), Rosario (agency/edin), Lynch (agency/edin), Powell-Bent, Lahens, Johnson, Jeon, Jacob, Dzwoncxyk, Alvaredo = 10 |
| 1/30/2023 | ED | Day | 9 | 0 | 0 | Cabueras, Cuthbert, Hernandez, Johnson, Levy, Powell-Bent, Rodriguez, Sinchi, West = 9 |
| 1/31/2023 | ED | Day | | | | |
| 2/1/2023 | ED | Day | | | | |
| 2/2/2023 | ED | Day | | | | |
| 2/3/2023 | ED | Day | 7 | 1 | 1 | Siebl, Rodriguez, Lahens, Johnson, Jacob, Alvarado, Ortega = 7 |
| 2/4/2023 | ED | Day | 8 | 0 | 0 | |
| 2/5/2023 | ED | Day | 9 | 0 | 0 | |
| 2/6/2023 | ED | Day | 9 | 0 | 0 | Benjamin, Crispy, Cuthbert, Dzwonczyk, Farouk, Jacob, Ortega = 7 |
| 2/7/2023 | ED | Day | | | | |
| 2/8/2023 | ED | Day | 7 | 1 | 1 | Dzwonczyk, Hernandez, Jeon, Johnson, Levy, Rodriguez, Rojas, Sinchi, Aligno (ort), Baxter (agency/edin) = 9 + 1 ort = 10 |
| 2/9/2023 | ED | Day | | | | |
| 2/10/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Cristpy, Farouk, Jacob, Bo, Levy, Ortega, Rojas, Silebi, Aligno (ort), Rodriguez = 10 + 1 ort = 11 |
| 2/11/2023 | ED | Day | 8 | 0 | 0 | Cuthbert, Dzwonczyk, Farouk, Hernandez, Jacob, Lahens, Ortega, Rojas, Aligno (ort), Rosario = 9 + 1 ort = 10 |

## Mid Shift

| Date | Unit | Shift | RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 1/1/2023 | ED | Mid | | | | |
| 1/2/2023 | ED | Mid | | | | |
| 1/3/2023 | ED | Mid | 8 | 7 | 1 | |
| 1/4/2023 | ED | Mid | 13 | 2 | 1 | |
| 1/5/2023 | ED | Mid | 13 | 2 | 1 | |
| 1/6/2023 | ED | Mid | 9 | 6 | 1 | |
| 1/7/2023 | ED | Mid | 13 | 2 | 1 | |
| 1/8/2023 | ED | Mid | 12 | 3 | 1 | |
| 1/9/2023 | ED | Mid | 11 | 4 | 1 | |
| 1/10/2023 | ED | Mid | 9 | 6 | 1 | |
| 1/11/2023 | ED | Mid | 12 | 3 | 1 | |
| 1/12/2023 | ED | Mid | 8 | 7 | 1 | |
| 1/13/2023 | ED | Mid | | | | |
| 1/14/2023 | ED | Mid | | | | |
| 1/15/2023 | ED | Mid | 12 | 3 | 1 | |
| 1/16/2023 | ED | Mid | 10 | 5 | 1 | |
| 1/17/2023 | ED | Mid | 12 | 3 | 1 | |
| 1/18/2023 | ED | Mid | | | | |
| 1/19/2023 | ED | Mid | | | | |
| 1/20/2023 | ED | Mid | 11 | 4 | 1 | |
| 1/21/2023 | ED | Mid | 11 | 4 | 1 | |
| 1/22/2023 | ED | Mid | 10 | 5 | 1 | Darca, Peacock, Tchebou-Tsillimparis, Thomas = 4 |
| 1/23/2023 | ED | Mid | 10 | 5 | 1 | |
| 1/24/2023 | ED | Mid | | | | |
| 1/25/2023 | ED | Mid | | | | |
| 1/26/2023 | ED | Mid | | | | |
| 1/27/2023 | ED | Mid | 14 | 1 | 1 | |
| 1/28/2023 | ED | Mid | | | | |
| 1/29/2023 | ED | Mid | 7 | 8 | 1 | Auxillio, Sion, Darca, Alper, Adamos = 5 |
| 1/30/2023 | ED | Mid | 12 | 3 | 1 | Alper, Darca, Peacock, Caline = 4 |
| 1/31/2023 | ED | Mid | | | | |
| 2/1/2023 | ED | Mid | | | | |
| 2/2/2023 | ED | Mid | | | | |
| 2/3/2023 | ED | Mid | 9 | 6 | 1 | Adamos, Sion, Caline = 3 |
| 2/4/2023 | ED | Mid | 10 | 5 | 1 | |
| 2/5/2023 | ED | Mid | 13 | 2 | 1 | |
| 2/6/2023 | ED | Mid | 12 | 3 | 1 | Alper, Darca, Sion, Ware = 4 |
| 2/7/2023 | ED | Mid | | | | |
| 2/8/2023 | ED | Mid | 9 | 6 | 1 | Adamos, Sion, Caline = 3 |
| 2/9/2023 | ED | Mid | | | | |
| 2/10/2023 | ED | Mid | 12 | 3 | 1 | Caline, Peacock, Darca, alper (partial) = 3 + Partial |
| 2/11/2023 | ED | Mid | 11 | 4 | 1 | Adamos, Darca, Sion, Ware = 4 |

## Night Shift

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 1/1/2023 | ED | Night | | | | |
| 1/2/2023 | ED | Night | | | | |
| 1/3/2023 | ED | Night | | | | |
| 1/4/2023 | ED | Night | | | | |
| 1/5/2023 | ED | Night | 9 | 0 | 0 | |
| 1/6/2023 | ED | Night | 8 | 0 | 0 | |
| 1/7/2023 | ED | Night | 9 | 0 | 0 | |
| 1/8/2023 | ED | Night | 7 | 1 | 1 | |
| 1/9/2023 | ED | Night | | | | |
| 1/10/2023 | ED | Night | 7 | 1 | 1 | |
| 1/11/2023 | ED | Night | 9 | 0 | 0 | |
| 1/12/2023 | ED | Night | | | | |
| 1/13/2023 | ED | Night | | | | |
| 1/14/2023 | ED | Night | 10 | 0 | 0 | |
| 1/15/2023 | ED | Night | 11 | 0 | 0 | |
| 1/16/2023 | ED | Night | 12 | 0 | 0 | |
| 1/17/2023 | ED | Night | 13 | 0 | 0 | |
| 1/18/2023 | ED | Night | 11 | 0 | 0 | |
| 1/19/2023 | ED | Night | 11 | 0 | 0 | |
| 1/20/2023 | ED | Night | 10 | 0 | 0 | |
| 1/21/2023 | ED | Night | 9 | 0 | 0 | |
| 1/22/2023 | ED | Night | 11 | 0 | 0 | |
| 1/23/2023 | ED | Night | | | | |
| 1/24/2023 | ED | Night | | | | |
| 1/25/2023 | ED | Night | | | | |
| 1/26/2023 | ED | Night | | | | |
| 1/27/2023 | ED | Night | | | | |
| 1/28/2023 | ED | Night | | | | |
| 1/29/2023 | ED | Night | 9 | 0 | 0 | |
| 1/30/2023 | ED | Night | 8 | 0 | 0 | |
| 1/31/2023 | ED | Night | | | | |
| 2/1/2023 | ED | Night | 4 | 4 | 1 | Kofi, Dayne, Degillio, Jimenez, Mendoza, Valensoy, Zorabedian, Odioin (EDIN ? )= 7 + 1 EDIN on Schedule |
| 2/2/2023 | ED | Night | 8 | 0 | 0 | |
| 2/3/2023 | ED | Night | 7 | 1 | 1 | Minaya, Auxillio, Eroz-Flaz, Jimenez, Menesses, Panay, Pancrudo, Soriano, Odion (EDIN ? ), Fuentes (EDIN ? ) = 8 + 2 EDIN |
| 2/4/2023 | ED | Night | 9 | 0 | 0 | |
| 2/5/2023 | ED | Night | | | | |
| 2/6/2023 | ED | Night | | | | |
| 2/7/2023 | ED | Night | 13 | 0 | 0 | |
| 2/8/2023 | ED | Night | | | | |
| 2/9/2023 | ED | Night | 9 | 0 | 0 | |
| 2/10/2023 | ED | Night | | | | |
| 2/11/2023 | ED | Night | 7 | 1 | 1 | Alexander, Daye, Deglillo, Eroz-Flaz, Jimenez, Panay, Pancrudo, Pidor, Valensoy, Zorabedian, Staines = 11 |

| UNION DATA | | | | | | MANAGEMENT DATA |
|---|---|---|---|---|---|---|
| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
| 2/12/2023 | ED | Day | 11 | 0 | 0 | |
| 2/13/2023 | ED | Day | | | | |
| 2/14/2023 | ED | Day | 6 | 2 | 1 | Alvarado, Benjamin, Farouk, Jeon, Johnson, Ortega, Silebl, Aligno (ort), Alper (partial), Baxter (agency / edin) = 8 + 1 ort = 9 ** plus one patial shift |
| 2/15/2023 | ED | Day | | | | |
| 2/16/2023 | ED | Day | 7 | 1 | 1 | Cabuenas, Cuthbert, Dzwonczyk, Farouk, Levy, Ortega, Rojas, Aligno (ort), West (agency / edin), Baxter (agency / edin) = 9 + 1 ort = 10 |
| 2/17/2023 | ED | Day | | | | |
| 2/18/2023 | ED | Day | | | | |
| 2/19/2023 | ED | Day | 6 | 2 | 1 | West (agency/edin), Aligno (ort), Rojas, Silebl, Rodriguez, Ortega, Hernandez, Cuthbert, Cabuenas = 8 + 1 ort = 9 |
| 2/20/2023 | ED | Day | | | | |
| 2/21/2023 | ED | Day | | | | |
| 2/22/2023 | ED | Day | | | | |
| 2/23/2023 | ED | Day | 8 | 0 | 0 | Hernandez, Johnson, Lahens, Ortega, Rodriguez, Rojas, Silebi, Aligno (ort), West = 8 + 1 ort = 9 |
| 2/24/2023 | ED | Day | 6 | 2 | 1 | Silbel, Levy, Johnson, Cuthbert, Cabuenas, Lahens = 6 |
| 2/25/2023 | ED | Day | 4 | 4 | 1 | Ware, Lahens, Johnson, Farouk, Cuthbert, Alvarado = 6 |
| 2/26/2023 | ED | Day | 5 | 3 | 1 | Gurung (edin / agency), Ware, Lahens, Johnson, Farouk, Cuthbert, Alvarado = 7 |
| 2/27/2023 | ED | Day | 7 | 1 | 1 | |
| 2/28/2023 | ED | Day | 6 | 2 | 1 | Aligno (ort), Sinchi, Rodriguez, Ortega, Jacob, Hernandez, Cabuenas = 6 + 1 ort = 7 |
| 3/1/2023 | ED | Day | 9 | 0 | 0 | Boateng, Crispy, Johnson, Lahens, Levy, Ortega, Sinchi = 7 |
| 3/2/2023 | ED | Day | 8 | 0 | 0 | |
| 3/3/2023 | ED | Day | 9 | 0 | 0 | |
| 3/4/2023 | ED | Day | | | | |
| 3/5/2023 | ED | Day | | | | |
| 3/6/2023 | ED | Day | | | | |
| 3/7/2023 | ED | Day | | | | |
| 3/8/2023 | ED | Day | 8 | 0 | 0 | |
| 3/9/2023 | ED | Day | 10 | 0 | 0 | |
| 3/10/2023 | ED | Day | 8 | 0 | 0 | Alvarado, Benjamin, Johnson, Lahens, Levy, Silebi, Sinchi, Regino (ort) = 7 + 1 ort = 8 |
| 3/11/2023 | ED | Day | 11 | 0 | 0 | |
| 3/12/2023 | ED | Day | 9 | 0 | 0 | |
| 3/13/2023 | ED | Day | 8 | 0 | 0 | |
| 3/14/2023 | ED | Day | | | | |
| 3/15/2023 | ED | Day | | | | |
| 3/16/2023 | ED | Day | | | | |
| 3/17/2023 | ED | Day | 10 | 0 | 0 | |
| 3/18/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Boateng, Crispy, Hernandez, Levy, Rodriguez, Rojas, Sinchi = 8 |
| 3/19/2023 | ED | Day | 8 | 0 | 0 | Benjamin, Cabuenas, Hernandez, Levy, Minaya, Ortega, Rodriguez, Sinchi, Baxter = 9 |
| 3/20/2023 | ED | Day | | | | |
| 3/21/2023 | ED | Day | | | | |
| 3/22/2023 | ED | Day | | | | |
| 3/23/2023 | ED | Day | | | | |
| 3/24/2023 | ED | Day | 13 | 0 | 0 | |

| UNION DATA | | | | | | MANAGEMENT DATA |
|---|---|---|---|---|---|---|
| Date | Unit | Shift | RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
| 2/12/2023 | ED | Mid | 15 | 0 | 0 | |
| 2/13/2023 | ED | Mid | | | | |
| 2/14/2023 | ED | Mid | 8 | 7 | 1 | Peacock, Caline, Ware = 3 |
| 2/15/2023 | ED | Mid | | | | |
| 2/16/2023 | ED | Mid | 8 | 7 | 1 | Darca, Peacock = 2 |
| 2/17/2023 | ED | Mid | | | | |
| 2/18/2023 | ED | Mid | | | | |
| 2/19/2023 | ED | Mid | 9 | 6 | 1 | Peacock =1 |
| 2/20/2023 | ED | Mid | | | | |
| 2/21/2023 | ED | Mid | | | | |
| 2/22/2023 | ED | Mid | | | | |
| 2/23/2023 | ED | Mid | 8 | 7 | 1 | Peacock, Perboo, Ware = 3 |
| 2/24/2023 | ED | Mid | 9 | 6 | 1 | Alexander, Perboo, Peacock, Adamos = 4 |
| 2/25/2023 | ED | Mid | 6 | 9 | 1 | Adamos, Darca, Sion = 3 |
| 2/26/2023 | ED | Mid | 6 | 9 | 1 | Adamos, Darca, Sion, Ware = 4 |
| 2/27/2023 | ED | Mid | 7 | 8 | 1 | |
| 2/28/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Peacock, Sion, Caline = 4 |
| 3/1/2023 | ED | Mid | 9 | 6 | 1 | Darca, Reyes, Ware = 3 |
| 3/2/2023 | ED | Mid | 11 | 4 | 1 | |
| 3/3/2023 | ED | Mid | 12 | 3 | 1 | |
| 3/4/2023 | ED | Mid | | | | |
| 3/5/2023 | ED | Mid | | | | |
| 3/6/2023 | ED | Mid | | | | |
| 3/7/2023 | ED | Mid | | | | |
| 3/8/2023 | ED | Mid | 10 | 5 | 1 | |
| 3/9/2023 | ED | Mid | 12 | 3 | 1 | |
| 3/10/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Peacock, Perboo = 3 |
| 3/11/2023 | ED | Mid | 12 | 3 | 1 | |
| 3/12/2023 | ED | Mid | 11 | 4 | 1 | |
| 3/13/2023 | ED | Mid | 10 | 5 | 1 | |
| 3/14/2023 | ED | Mid | | | | |
| 3/15/2023 | ED | Mid | | | | |
| 3/16/2023 | ED | Mid | | | | |
| 3/17/2023 | ED | Mid | 12 | 3 | 1 | |
| 3/18/2023 | ED | Mid | 12 | 3 | 1 | Adamos, Peacock, Perboo, Reyes, Sion = 5 |
| 3/19/2023 | ED | Mid | 11 | 4 | 1 | Aligno, Peacock, Perboo, Reyes, Sion = 5 |
| 3/20/2023 | ED | Mid | | | | |
| 3/21/2023 | ED | Mid | | | | |
| 3/22/2023 | ED | Mid | | | | |
| 3/23/2023 | ED | Mid | | | | |
| 3/24/2023 | ED | | | | | |

| UNION DATA | | | | | | MANAGEMENT DATA |
|---|---|---|---|---|---|---|
| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
| 2/12/2023 | ED | Night | 11 | 0 | 0 | |
| 2/13/2023 | ED | Night | | | | |
| 2/14/2023 | ED | Night | | | | |
| 2/15/2023 | ED | Night | | | | |
| 2/16/2023 | ED | Night | | | | |
| 2/17/2023 | ED | Night | | | | |
| 2/18/2023 | ED | Night | | | | |
| 2/19/2023 | ED | Night | | | | |
| 2/20/2023 | ED | Night | | | | |
| 2/21/2023 | ED | Night | | | | |
| 2/22/2023 | ED | Night | 8 | 0 | 0 | |
| 2/23/2023 | ED | Night | 8 | 0 | 0 | |
| 2/24/2023 | ED | Night | 7 | 1 | 1 | |
| 2/25/2023 | ED | Night | 8 | 0 | 0 | |
| 2/26/2023 | ED | Night | | | | |
| 2/27/2023 | ED | Night | 9 | 0 | 0 | |
| 2/28/2023 | ED | Night | 9 | 0 | 0 | |
| 3/1/2023 | ED | Night | | | | |
| 3/2/2023 | ED | Night | | | | |
| 3/3/2023 | ED | Night | | | | |
| 3/4/2023 | ED | Night | | | | |
| 3/5/2023 | ED | Night | | | | |
| 3/6/2023 | ED | Night | 6 | 2 | 1 | Valensoy, Stukes, Pidor, Regino (ORT), Pancrudo, Jimenez, Eroz-flaz, Dagillo, Kofi, Minaya = 9 + 1 Ort = 10 RN |
| 3/7/2023 | ED | Night | | | | |
| 3/8/2023 | ED | Night | 9 | 0 | 0 | |
| 3/9/2023 | ED | Night | 13 | 0 | 0 | |
| 3/10/2023 | ED | Night | 10 | 0 | 0 | |
| 3/11/2023 | ED | Night | | | | |
| 3/12/2023 | ED | Night | | | | |
| 3/13/2023 | ED | Night | 7 | 1 | 1 | |
| 3/14/2023 | ED | Night | | | | |
| 3/15/2023 | ED | Night | | | | |
| 3/16/2023 | ED | Night | | | | |
| 3/17/2023 | ED | Night | 8 | 0 | 0 | |
| 3/18/2023 | ED | Night | 8 | 0 | 0 | |
| 3/19/2023 | ED | Night | 11 | 0 | 0 | |
| 3/20/2023 | ED | Night | 9 | 0 | 0 | |
| 3/21/2023 | ED | Night | | | | |
| 3/22/2023 | ED | Night | | | | |
| 3/23/2023 | ED | Night | | | | |
| 3/24/2023 | ED | Night | 12 | 0 | 0 | |

| | UNION DATA | | | | MANAGEMENT DATA | | UNION DATA | | | | MANAGEMENT DATA | | UNION DATA | | | | MANAGEMENT DATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule | Date | Unit | Shift | RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule | Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
| 3/25/2023 | ED | Day | 5 | 3 | 1 | Baxter (edin / agency), Reyes, Reyes ( edin, agency), Ortega, Jeon, Farouk + 6 | 3/25/2023 | ED | Mid | 7 | 8 | 1 | Ware, Sion, Adamos = 3 | 3/25/2023 | ED | Night | | | | |
| 3/26/2023 | ED | Day | 9 | 0 | 0 | | 3/26/2023 | ED | Mid | 9 | 6 | 1 | | 3/26/2023 | ED | Night | | | | |
| 3/27/2023 | ED | Day | 9 | 0 | 0 | | 3/27/2023 | ED | Mid | 10 | 5 | 1 | | 3/27/2023 | ED | Night | 9 | 0 | 0 | |
| 3/28/2023 | ED | Day | | | | | 3/28/2023 | ED | Mid | | | | | 3/28/2023 | ED | Night | | | | |
| 3/29/2023 | ED | Day | 9 | 0 | 0 | Benjamin, Cabuenas, Johnson, Levy, Minaya, Rodriguez, Rojas, Sinchi, Reyes, Banu (EDIN), Regino (ort), Gurung, Gutierrez (ort) = 11 + 2 = 13 | 3/29/2023 | ED | Mid | 10 | 5 | 1 | Aligno (ort), Sion, Staines (partial) = 1 + ort = 2 | 3/29/2023 | ED | Night | | | | |
| 3/30/2023 | ED | Day | | | | | 3/30/2023 | ED | Mid | | | | | 3/30/2023 | ED | Night | 11 | 0 | 0 | |
| 3/31/2023 | ED | Day | | | | | 3/31/2023 | ED | Mid | | | | | 3/31/2023 | ED | Night | 13 | 0 | 0 | |
| 4/1/2023 | ED | Day | 11 | 0 | 0 | Benjamin, Boateng, Farouk, Hernandez, Levy, Rodriguez, Rojas, Silebi, Gurung, Gutierrez = 10 | 4/1/2023 | ED | Mid | 11 | 4 | 1 | Aligno (ort), Perboo, Caline = 2 + 1 ort = 3 | 4/1/2023 | ED | Night | 11 | 0 | 0 | |
| 4/2/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Farouk, Johnson, Levy, Rodriguez, Silebi, Gutierrez =7 | 4/2/2023 | ED | Mid | 10 | 5 | 1 | Caline, Reyes, Perboo, Aligno (ort) = 3 + ort = 4 | 4/2/2023 | ED | Night | 11 | 0 | 0 | |
| 4/3/2023 | ED | Day | 10 | 0 | 0 | | 4/3/2023 | ED | Mid | 12 | 3 | 1 | | 4/3/2023 | ED | Night | 8 | 0 | 0 | |
| 4/4/2023 | ED | Day | 10 | 0 | 0 | | 4/4/2023 | ED | Mid | 10 | 5 | 1 | | 4/4/2023 | ED | Night | | | | |
| 4/5/2023 | ED | Day | 11 | 0 | 0 | Boateng, Crispy, Hernandez, Huo (ort), Jacob, Bo, Johnson, Ortega, Gurung = 8 + 1 ort = 9 | 4/5/2023 | ED | Mid | 11 | 4 | 1 | Adamos, Aligno (ort), Banu (ort), Reyes, Sion = 3 + 2 ort = 5 | 4/5/2023 | ED | Night | 7 | 1 | 1 | Villanueva (agency or edin), Valensoy, Soriano, Pidor, Mendoza, Daye, Auxillio, Kofi = 8 |
| 4/6/2023 | ED | Day | 13 | 0 | 0 | Boateng, Crispy, Farouk, Huo (ort), Bo, Johnson, Lahens, Ortega, Silebi, Alexander, Stukes, Gutierrez = 11 + 1 ort = 12 | 4/6/2023 | ED | Mid | 13 | 2 | 1 | Ware, Sion, Reyes, Perboo, Banu (ort), Aligno (ort), Adamos, Baxter, Gurung, = 7 + 2 ort = 9 | 4/6/2023 | ED | Night | 11 | 0 | 0 | |
| 4/7/2023 | ED | Day | | | | | 4/7/2023 | ED | Mid | | | | | 4/7/2023 | ED | Night | | | | |
| 4/8/2023 | ED | Day | | | | | 4/8/2023 | ED | Mid | | | | | 4/8/2023 | ED | Night | | | | |
| 4/9/2023 | ED | Day | | | | | 4/9/2023 | ED | Mid | | | | | 4/9/2023 | ED | Night | | | | |
| 4/10/2023 | ED | Day | 6 | 2 | 1 | Gutierrez, Staines, Rojas, Rodriguez, Ortega, Hernandez, Farouk, Benjamin = 8 | 4/10/2023 | ED | Mid | 6 | 9 | 1 | Adamos, Peacock, Sion, Caline = 4 | 4/10/2023 | ED | Night | | | | |
| 4/11/2023 | ED | Day | | | | | 4/11/2023 | ED | Mid | | | | | 4/11/2023 | ED | Night | | | | |
| 4/12/2023 | ED | Day | | | | | 4/12/2023 | ED | Mid | | | | | 4/12/2023 | ED | Night | | | | |
| 4/13/2023 | ED | Day | 10 | 0 | 0 | Boateng, Cuthbert, Farouk, Jacob, Lahens, Ortega, Silebi, Regino (ort) =7 + 1 (ort) = 8 | 4/13/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Aligno, Banu (0rt), Darca, Reyes, Sion, Caline = 6 + 1 ort = 7 | 4/13/2023 | ED | Night | 12 | 0 | 0 | |
| 4/14/2023 | ED | Day | 10 | 0 | 0 | Boateng, Cuthbert, Hernandez, Lahens, Levy, Ortega, Rojas, Silebi, Regino (ort) = 7 + ort = 8 | 4/14/2023 | ED | Mid | 11 | 4 | 1 | Adamos, Darca, Perboo, Sion = 4 | 4/14/2023 | ED | Night | 11 | 0 | 0 | |
| 4/15/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Cabuenas, Hernandez, Levy, Rojas, Silebi, Gutierrez = 7 | 4/15/2023 | ED | Mid | 11 | 4 | 1 | aligno, Peacock, Perboo, Reyes, Caline = 5 | 4/15/2023 | ED | Night | 10 | 0 | 0 | |
| 4/16/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Boateng, Cabuenas, Farouk, Hernandez, Huo, Jacob, Levy, Caline, Gutierrez, McCormack = 11 | 4/16/2023 | ED | Mid | 11 | 4 | 1 | Peacock, Perboo = 2 | 4/16/2023 | ED | Night | 10 | 0 | 0 | |
| 4/17/2023 | ED | Day | | | | | 4/17/2023 | ED | Mid | | | | | 4/17/2023 | ED | Night | | | | |
| 4/18/2023 | ED | Day | 6 | 2 | 1 | Desir (edin / agency), Staines, Mendoza (partial), Ortega, Hernandez, Cuthbert, Alvarrado = 6 + partial | 4/18/2023 | ED | Mid | 6 | 9 | 1 | Darca, Sion, Caline = 3 | 4/18/2023 | ED | Night | 9 | 0 | 0 | |
| 4/19/2023 | ED | Day | 8 | 0 | 0 | Cabuenas, Cuthbert, Johnson, Galdyava (ort), Lahens, Minaya, Rojas, Gutierrez = 7 + 1 ort = 8 | 4/19/2023 | ED | Mid | 9 | 6 | 1 | Adamos, Alper, Peacock, Sion, Staines (partial)= 4 | 4/19/2023 | ED | Night | 9 | 0 | 0 | |
| 4/20/2023 | ED | Day | 12 | 0 | 0 | Benjamin, Huo, Jacob, Levy, Minaya, Ortega, Rojas, Silebi, Baxter, Gutierrez, McCormack = 11 | 4/20/2023 | ED | Mid | 13 | 2 | 1 | Aligno, Alper, Peacock, Perboo, Reyes = 5 | 4/20/2023 | ED | Night | | | | |
| 4/21/2023 | ED | Day | | | | | 4/21/2023 | ED | Mid | | | | | 4/21/2023 | ED | Night | | | | |
| 4/22/2023 | ED | Day | | | | | 4/22/2023 | ED | Mid | | | | | 4/22/2023 | ED | Night | | | | |
| 4/23/2023 | ED | Day | | | | | 4/23/2023 | ED | Mid | | | | | 4/23/2023 | ED | Night | | | | |
| 4/24/2023 | ED | Day | | | | | 4/24/2023 | ED | Mid | | | | | 4/24/2023 | ED | Night | | | | |
| 4/25/2023 | ED | Day | | | | | 4/25/2023 | ED | Mid | | | | | 4/25/2023 | ED | Night | | | | |
| 4/26/2023 | ED | Day | | | | | 4/26/2023 | ED | Mid | | | | | 4/26/2023 | ED | Night | | | | |
| 4/27/2023 | ED | Day | | | | | 4/27/2023 | ED | Mid | | | | | 4/27/2023 | ED | Night | | | | |
| 4/28/2023 | ED | Day | | | | | 4/28/2023 | ED | Mid | | | | | 4/28/2023 | ED | Night | | | | |
| 4/29/2023 | ED | Day | | | | | 4/29/2023 | ED | Mid | | | | | 4/29/2023 | ED | Night | | | | |

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 4/30/2023 | ED | Day | | | | |
| 5/1/2023 | ED | Day | | | | |
| 5/2/2023 | ED | Day | | | | |
| 5/3/2023 | ED | Day | 10 | 0 | 0 | |
| 5/4/2023 | ED | Day | 13 | 0 | 0 | Boateng, Cabuenas, Huo (ort), Jacob, Ortega, Silebi, Baxter, Desir, Gutierrez, McCormack = 9 + 1 ort = 10 |
| 5/5/2023 | ED | Day | 10 | 0 | 0 | Cuthbert, Galdyava (ort), Johnson, Lahens, Minaya, Ortega, Rojas, Silebi, Caline, Baxter, Desir, McCormack = 11 + 1 ort = 12 |
| 5/6/2023 | ED | Day | 9 | 0 | 0 | |
| 5/7/2023 | ED | Day | 12 | 0 | 0 | |
| 5/8/2023 | ED | Day | 9 | 0 | 0 | Boateng, Cuthbert, Farouk, Galdyeva (ort), Levy, Minaya, Rodriguez, Silebi, Baxter, Gutierrez, McCormack = 10 + 1 ort = 11 |
| 5/9/2023 | ED | Day | 8 | 0 | 0 | Alvarado, Boateng, Galdyeva (ort), Lahens, Levy, Minaya, Rodriguez, Rojas, Baxter, Gutierrez, McCormack = 10 + 1 = 11 |
| 5/10/2023 | ED | Day | 8 | 0 | 0 | Benjamin, Huo (Ort), Jacob, Lahens, Ortega, Rojas = 6 |
| 5/11/2023 | ED | Day | | | | |
| 5/12/2023 | ED | Day | 6 | 2 | 1 | Baxter (edin / agency), Silebl, Rodriguez, Johnson, Jeon, Jacob, Farouk, Geldyeva (ort) = 7 + 1ort + 8 |
| 5/13/2023 | ED | Day | 9 | 0 | 0 | |
| 5/14/2023 | ED | Day | 9 | 0 | 0 | |
| 5/15/2023 | ED | Day | 11 | 0 | 0 | |
| 5/16/2023 | ED | Day | 8 | 0 | 0 | Benjamin, Galdyeva (ort), Hernandez, Huo, Jacob, Minaya, Ortega, Rodriguez, Silebi, McCormack = 9 + 1 ort = 10 |
| 5/17/2023 | ED | Day | 11 | 0 | 0 | Benjamin, Cabuenas, Galdyeva (ort), Go (ort), Huo, Bo, Ortega, Rodriguez, Mazon (ort), Pena (ort), Baxter = 7 + 4 ort = 11 |
| 5/18/2023 | ED | Day | 10 | 0 | 0 | Galdyeva (ort), Hernandez, Huo, Bo, Johnson, Lahens, Ortega, Rojas, Silebi, McCormack = 9 + 1 ort = 10 |
| 5/19/2023 | ED | Day | | | | |
| 5/20/2023 | ED | Day | | | | |
| 5/21/2023 | ED | Day | 7 | 1 | 1 | Johnson, Lahens, Reyes (edin/agency), Cabuenas, Cuthbert, Huo, Jacob, Jeon = 8 |
| 5/22/2023 | ED | Day | | | | |
| 5/23/2023 | ED | Day | 9 | 0 | 0 | Alvarado, Cabuenas, Hernandez, Jacob, Lahens, Silebi, Caline (partial), Mason(ort), Rodriguez = 7 + 1 (ort) = 8 |
| 5/24/2023 | ED | Day | | | | |
| 5/25/2023 | ED | Day | 14 | 0 | 0 | |
| 5/26/2023 | ED | Day | | | | |
| 5/27/2023 | ED | Day | 12 | 0 | 0 | |
| 5/28/2023 | ED | Day | 10 | 0 | 0 | Boateng, Cuthbert, Farouk, Galdyeva, Hernandez, Huo, Minaya, Rodriguez = 8 |

| Date | Unit | Shift | RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 4/30/2023 | ED | Mid | | | | |
| 5/1/2023 | ED | Mid | | | | |
| 5/2/2023 | ED | Mid | | | | |
| 5/3/2023 | ED | Mid | 13 | 2 | 1 | |
| 5/4/2023 | ED | Mid | 14 | 1 | 1 | Rojas, Alper, Banu, Darca, Peacock, Ware = 6 |
| 5/5/2023 | ED | Mid | 13 | 2 | 1 | Adamos, Aligno, Peacock, Sion = 4 |
| 5/6/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Aligno, Darca, Sion = 4 |
| 5/7/2023 | ED | Mid | 13 | 2 | 1 | Adamos, Aligno, Darca, Sion, Ware = 5 |
| 5/8/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Alper = 2 |
| 5/9/2023 | ED | Mid | 10 | 5 | 1 | Alper, Peacock, Caline = 3 |
| 5/10/2023 | ED | Mid | 10 | 5 | 1 | Boateng, Adamos, Aper, Darca, Sion, Caline, Ware = 7 |
| 5/11/2023 | ED | Mid | | | | |
| 5/12/2023 | ED | Mid | 7 | 8 | 1 | Alingo, Darca, Caline = 3 |
| 5/13/2023 | ED | Mid | 13 | 2 | 1 | |
| 5/14/2023 | ED | Mid | 11 | 4 | 1 | |
| 5/15/2023 | ED | Mid | 12 | 3 | 1 | |
| 5/16/2023 | ED | Mid | 10 | 5 | 1 | Adamos, Darca, perboo, Sion = 4 |
| 5/17/2023 | ED | Mid | 12 | 3 | 1 | Adamos, Aligno, Banu, Darca = 4 |
| 5/18/2023 | ED | Mid | 11 | 4 | 1 | Aligno, Banu, Darca, Peacock, perboo = 5 |
| 5/19/2023 | ED | Mid | | | | |
| 5/20/2023 | ED | Mid | | | | |
| 5/21/2023 | ED | Mid | 7 | 8 | 1 | Darca, Ware = 2 |
| 5/22/2023 | ED | Mid | | | | |
| 5/23/2023 | ED | Mid | 12 | 3 | 1 | Aligno, Darca, Perboo, Caline = 4 |
| 5/24/2023 | ED | Mid | | | | |
| 5/25/2023 | ED | Mid | | | | |
| 5/26/2023 | ED | Mid | | | | |
| 5/27/2023 | ED | Mid | 12 | 3 | 1 | |
| 5/28/2023 | ED | Mid | 10 | 5 | 1 | Johnson (ort), Aligno, Perboo, Caline = 3 + 1 ort = 4 |

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 4/30/2023 | ED | Night | | | | |
| 5/1/2023 | ED | Night | | | | |
| 5/2/2023 | ED | Night | 6 | 2 | 1 | Villanueva (agency/edin), Valensoy, Soriano, Jimenez, Eroz-Flaz, Daye, Carrillo, Auxillio, Kofi = 9 |
| 5/3/2023 | ED | Night | 10 | 0 | 0 | |
| 5/4/2023 | ED | Night | 12 | 0 | 0 | |
| 5/5/2023 | ED | Night | 8 | 0 | 0 | |
| 5/6/2023 | ED | Night | | | | |
| 5/7/2023 | ED | Night | 9 | 0 | 0 | |
| 5/8/2023 | ED | Night | 7 | 1 | 1 | |
| 5/9/2023 | ED | Night | | | | |
| 5/10/2023 | ED | Night | 10 | 0 | 0 | |
| 5/11/2023 | ED | Night | 10 | 0 | 0 | |
| 5/12/2023 | ED | Night | 9 | 0 | 0 | |
| 5/13/2023 | ED | Night | 8 | 0 | 0 | |
| 5/14/2023 | ED | Night | 8 | 0 | 0 | |
| 5/15/2023 | ED | Night | 6 | 2 | 1 | |
| 5/16/2023 | ED | Night | 11 | 0 | 0 | |
| 5/17/2023 | ED | Night | 6 | 2 | 1 | |
| 5/18/2023 | ED | Night | 10 | 0 | 0 | |
| 5/19/2023 | ED | Night | | | | |
| 5/20/2023 | ED | Night | | | | |
| 5/21/2023 | ED | Night | | | | |
| 5/22/2023 | ED | Night | | | | |
| 5/23/2023 | ED | Night | | | | |
| 5/24/2023 | ED | Night | | | | |
| 5/25/2023 | ED | Night | | | | |
| 5/26/2023 | ED | Night | | | | |
| 5/27/2023 | ED | Night | | | | |
| 5/28/2023 | ED | Night | | | | |

## Day Shift

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 5/29/2023 | ED | Day | | | | |
| 5/30/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Cabuenas, Cuthbert, Galdyeva (ort), Go(ort), Gomez (ort), Huo, Jacob, Bo, Rodriguez = 7 + 3 ort = 10 |
| 5/31/2023 | ED | Day | 10 | 0 | 0 | Benjamin, Boateng, Crispy, Galdyeva, Ortega, Hernandez, Huo, Jacob = 8 |
| 6/1/2023 | ED | Day | 6 | 2 | 1 | Rodriguez, Minaya, Johnson, Gomez (ort), Farouk, Cuthbert, Boateng = 6 + 1 ort = 7 |
| 6/2/2023 | ED | Day | 11 | 0 | 0 | |
| 6/3/2023 | ED | Day | | | | |
| 6/4/2023 | ED | Day | 11 | 0 | 0 | |
| 6/5/2023 | ED | Day | 7 | 1 | 1 | Ortega, Jeon, Jacob, Huo, Go (ort), Farouk, Boateng, Benjamin = 7 + 1 ort = 8 |
| 6/6/2023 | ED | Day | | | | |
| 6/7/2023 | ED | Day | 10 | 0 | 0 | |
| 6/8/2023 | ED | Day | | | | |
| 6/9/2023 | ED | Day | | | | |
| 6/10/2023 | ED | Day | | | | |
| 6/11/2023 | ED | Day | | | | |
| 6/12/2023 | ED | Day | 11 | 0 | 0 | |
| 6/13/2023 | ED | Day | | | | |
| 6/14/2023 | ED | Day | 7 | 1 | 1 | |
| 6/15/2023 | ED | Day | 9 | 0 | 0 | |
| 6/16/2023 | ED | Day | | | | |
| 6/17/2023 | ED | Day | | | | |
| 6/18/2023 | ED | Day | | | | |
| 6/19/2023 | ED | Day | | | | |
| 6/20/2023 | ED | Day | | | | |
| 6/21/2023 | ED | Day | | | | |
| 6/22/2023 | ED | Day | | | | |
| 6/23/2023 | ED | Day | | | | |
| 6/24/2023 | ED | Day | 10 | 0 | 0 | |
| 6/25/2023 | ED | Day | 9 | 0 | 0 | |
| 6/26/2023 | ED | Day | | | | |
| 6/27/2023 | ED | Day | | | | |
| 6/28/2023 | ED | Day | 9 | 0 | 0 | |
| 6/29/2023 | ED | Day | 8 | 0 | 0 | |
| 6/30/2023 | ED | Day | 8 | 0 | 0 | |

## Mid Shift

| Date | Unit | Shift | RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 5/29/2023 | ED | Mid | | | | |
| 5/30/2023 | ED | Mid | 10 | 5 | 1 | Lehens, Adamos, Perboo, Ware = 4 |
| 5/31/2023 | ED | Mid | 11 | 4 | 1 | Johnson (ort), Adamos, Aligno, Banu, Sion, Caline, Ware = 6+1 ort = 8 |
| 6/1/2023 | ED | Mid | 8 | 7 | 1 | Johnson (ort), Aligno, Banu (EDIN), Darca, Perboo, Caline = 4 + 1 ort = 5 |
| 6/2/2023 | ED | Mid | 13 | 2 | 1 | |
| 6/3/2023 | ED | Mid | | | | |
| 6/4/2023 | ED | Mid | 12 | 3 | 1 | |
| 6/5/2023 | ED | Mid | 7 | 8 | 1 | Johnson (ort), Darca, Peacock = 2 + 1 ort = 3 |
| 6/6/2023 | ED | Mid | | | | |
| 6/7/2023 | ED | Mid | 11 | 4 | 1 | |
| 6/8/2023 | ED | Mid | | | | |
| 6/9/2023 | ED | Mid | | | | |
| 6/10/2023 | ED | Mid | | | | |
| 6/11/2023 | ED | Mid | | | | |
| 6/12/2023 | ED | Mid | 12 | 3 | 1 | |
| 6/13/2023 | ED | Mid | | | | |
| 6/14/2023 | ED | Mid | 8 | 7 | 1 | |
| 6/15/2023 | ED | Mid | 11 | 4 | 1 | |
| 6/16/2023 | ED | Mid | | | | |
| 6/17/2023 | ED | Mid | | | | |
| 6/18/2023 | ED | Mid | | | | |
| 6/19/2023 | ED | Mid | | | | |
| 6/20/2023 | ED | Mid | | | | |
| 6/21/2023 | ED | Mid | | | | |
| 6/22/2023 | ED | Mid | | | | |
| 6/23/2023 | ED | Mid | | | | |
| 6/24/2023 | ED | Mid | 10 | 5 | 1 | |
| 6/25/2023 | ED | Mid | 12 | 3 | 1 | |
| 6/26/2023 | ED | Mid | | | | |
| 6/27/2023 | ED | Mid | | | | |
| 6/28/2023 | ED | Mid | 12 | 3 | 1 | |
| 6/29/2023 | ED | Mid | 11 | 4 | 1 | |
| 6/30/2023 | ED | Mid | 9 | 6 | 1 | |

## Night Shift

| Date | Unit | Shift | # of RNs | # of RNs Needed | Violation of Grid? | Comments - Schedule |
|---|---|---|---|---|---|---|
| 5/29/2023 | ED | Night | 5 | 3 | 1 | Valensoy, Soriano, Pancrudo, Mendoza, Jimenez, Kofi = 6 |
| 5/30/2023 | ED | Night | 9 | 0 | 0 | |
| 5/31/2023 | ED | Night | 8 | 0 | 0 | |
| 6/1/2023 | ED | Night | | | | |
| 6/2/2023 | ED | Night | | | | |
| 6/3/2023 | ED | Night | | | | |
| 6/4/2023 | ED | Night | 10 | 0 | 0 | |
| 6/5/2023 | ED | Night | 9 | 0 | 0 | |
| 6/6/2023 | ED | Night | 7 | 1 | 1 | Staines, Zorabedian, Valensoy, Stukes, Soriano, Regino, Pena (ort), Mason (ort), Auxillio, Kofi = 8 + 2 Ort = 10 |
| 6/7/2023 | ED | Night | 11 | 0 | 0 | |
| 6/8/2023 | ED | Night | | | | |
| 6/9/2023 | ED | Night | | | | |
| 6/10/2023 | ED | Night | | | | |
| 6/11/2023 | ED | Night | | | | |
| 6/12/2023 | ED | Night | 13 | 0 | 0 | |
| 6/13/2023 | ED | Night | 10 | 0 | 0 | |
| 6/14/2023 | ED | Night | 10 | 0 | 0 | |
| 6/15/2023 | ED | Night | | | | |
| 6/16/2023 | ED | Night | | | | |
| 6/17/2023 | ED | Night | | | | |
| 6/18/2023 | ED | Night | | | | |
| 6/19/2023 | ED | Night | | | | |
| 6/20/2023 | ED | Night | | | | |
| 6/21/2023 | ED | Night | | | | |
| 6/22/2023 | ED | Night | | | | |
| 6/23/2023 | ED | Night | | | | |
| 6/24/2023 | ED | Night | 10 | 0 | 0 | |
| 6/25/2023 | ED | Night | | | | |
| 6/26/2023 | ED | Night | | | | |
| 6/27/2023 | ED | Night | | | | |
| 6/28/2023 | ED | Night | 11 | 0 | 0 | |
| 6/29/2023 | ED | Night | 10 | 0 | 0 | |
| 6/30/2023 | | | | | | |