UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

           Petitioner,

    v.

NEW YORK STATE NURSES ASSOCIATION,

           Respondent.

No. 24-CV-9865 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. Petitioner has filed a petition to vacate an arbitration award.

    It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition for vacating the arbitration award by January 16, 2025. Respondent's opposition is due on February 6, 2025. Petitioner's reply, if any, is due on February 13, 2025.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:   December 26, 2024
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge