**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                    Petitioner,                    24 **CIVIL** 9865 (RA)

        -against-                      **JUDGMENT**

NEW YORK STATE NURSES ASSOCIATION,

                    Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, the Hospital's motion to vacate the Award is denied and the Union's cross-motion to confirm the Award is granted; accordingly, the case is closed.

**Dated**: New York, New York
           September 30, 2025

                                                      **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**